PER CURIAM.

Billy W. Jarvis appeals the judgment of the United States Court of Federal Claims, *Jarvis v. United States*, 47 Fed. Cl. 698 (2000), finding him in material breach of his informant agreement with the Internal Revenue Service. We *affirm* on the basis of the trial court's opinion.

Yvonne R. MCGINNIS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 01–3033.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2001.

Before MAYER, Chief Judge, LOURIE and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Louis A. PICCONE, Plaintiff–Appellant,

v.

Harry I. MOATZ, Staff Patent Attorney, Office of Enrollment and Discipline, Patent and Trademark Office, Karen Bovard, Director, Office of Enrollment and Discipline, Patent and Trademark Office, Cameron K. Weiffenbach, Former Director, Office of Enrollment and Discipline, Patent and Trademark Office, Steven Morrison, Staff Patent Attorney, Office of Enrollment and Discipline, Patent and Trademark Office, Bruce Lehman, Assistant Secretary and Commissioner, Patent and Trademark Office, Larry Goffney, Assistant Commissioner, Patent and Trademark Office, Nancy Linck, Solicitor, Patent and Trademark Office, Albin Drost, Deputy Solicitor, Patent and Trademark Office, James Carmichael, Former Assistant Solicitor, Patent and Trademark Office, Thaddeus Burns, Assistant Solicitor, Patent and Trademark Office, Kevin Baer, Assistant Solicitor, Patent and Trademark Office, Linda Skoro, Assistant Solicitor, Patent and Trademark Office, Karen Buchanan, Assistant Solicitor, Patent and Trademark Office, Nancy Slutter, Assistant Solicitor, Patent and Trademark Office, Garland Doe, Staff Patent Attorney, Office of Enrollment and Discipline, Patent and Trademark Office, Department of Commerce, and United States, Defendants–Appellees.

No. 01–1331.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2001.

Before MAYER, Chief Judge, GAJARSA and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Robert T. GORDON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7009.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2001.

Before SCHALL, Circuit Judge, ARCHER, Senior Circuit Judge, and BRYSON, Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**Carl A. CHASE, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 01–3307.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2001.

